**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WASHINGTON ALLIANCE OF TECHNOLOGY WORKERS,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Civil Action No. 16-1170 (RBW)

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) is **DENIED IN PART** and **GRANTED IN PART**. Specifically, with respect to dismissing the plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), the defendants' motion is **GRANTED** regarding Count I of Washtech's Complaint for lack of standing to challenge the 1992 OPT Program Rule, but **DENIED** in all other aspects concerning dismissal for lack of standing. Additionally, with respect to dismissing the plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), the defendants' motion is **GRANTED**. It is further

**ORDERED** that this case is **DISMISSED**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 19th day of April, 2017.

REGGIE B. WALTON
United States District Judge