# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 17-5110                                              September Term, 2017
                                                         FILED ON: JUNE 8, 2018

WASHINGTON ALLIANCE OF TECHNOLOGY WORKERS,
        APPELLANT

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,
        APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:16-cv-01170)

---

Before: HENDERSON, *Circuit Judge*, and EDWARDS and GINSBURG, *Senior Circuit Judges*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed in part, and reversed and remanded in part, in accordance with the opinion of the court filed herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/

Ken Meadows
Deputy Clerk

Date: June 8, 2018

Opinion for the court filed by Circuit Judge Henderson.