**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WASHINGTON ALLIANCE OF TECHNOLOGY WORKERS,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Civil Action No. 16-1170 (RBW)

**ORDER**

On September 18, 2018, the parties appeared before the Court for a status conference to determine how they wished to proceed in light of the District of Columbia Circuit's reversal of the Court's dismissal of Count II of the Complaint and remand to this Court. See Wash. All. of Tech. Workers v. DHS, 892 F.3d 332, 348 (D.C. Cir. 2018). At the status conference, the plaintiff requested permission to file a motion for summary judgment on Count II, while the government requested permission to file a renewed motion to dismiss on that count. Upon consideration of the parties' requests, the arguments raised at the status conference, and the Court's review of the Circuit's opinion, the Court agrees with the government that the appropriate way to proceed at this time is by the filing of a renewed motion to dismiss by the government. Accordingly, it is hereby

**ORDERED** that the government shall file a renewed motion to dismiss on or before October 18, 2018. It is further

**ORDERED** that the plaintiff shall file its opposition to the government's motion on or before November 1, 2018. It is further

**ORDERED** that government shall file a reply in support of its motion on or before November 8, 2018. It is further

**ORDERED** that the parties shall appear before the Court for a status conference on March 1, 2019, at 10:30 a.m.

**SO ORDERED** this 18th day of September, 2018.

REGGIE B. WALTON
United States District Judge