**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WASHINGTON ALLIANCE OF TECHNOLOGY WORKERS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 16-cv-1170 (RBW) |

**DEFENDANTS' RENEWED MOTION TO DISMISS**

Under Federal Rules of Civil Procedure 12(b)(1) and (6), Defendants hereby move this Court to dismiss Plaintiff's Complaint because this Court no longer has jurisdiction over Plaintiffs' claims or because Plaintiffs have failed to state a claim upon which relief may be granted. The grounds for this motion are set forth in the accompanying memorandum of points and authorities. A proposed order is attached.

Dated: October 18, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

EREZ REUVENI
Assistant Director

By: */s/ Joshua S. Press*
JOSHUA S. PRESS
Trial Attorney

United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0106
Facsimile: (202) 305-7000
e-Mail: joshua.press@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on October 18, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will deliver a copy to all counsel of record.

By: *<u>/s/ Joshua S. Press</u>*
JOSHUA S. PRESS
Trial Attorney
United States Department of Justice
Civil Division