**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WASHINGTON ALLIANCE OF TECHNOLOGY WORKERS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | ) | Civil Action No. 16-1170 (RBW) |

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Defendants' Renewed Motion to Dismiss, ECF No. 40, is **DENIED**. It is further

**ORDERED** that the National Association of Manufacturers, the Chambers of Commerce of the United States of America, and the Information Technology Industry Council's (collectively, the "Organizations") Motion to Intervene, ECF No. 37, is **GRANTED**. It is further

**ORDERED** that the Organizations shall answer the Complaint on or before July 15, 2019. It is further

**ORDERED** that the Clerk of the Court shall amend the caption in this case to reflect the addition of the Organizations.

**SO ORDERED** this 1st day of July, 2019.

REGGIE B. WALTON
United States District Judge