UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON ALLIANCE OF TECHNOLOGY WORKERS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| NATIONAL ASSOCIATION OF MANUFACTURERS, et al., | ) ) ) |
| Intervenor-Defendants. | ) ) |

Civil Action No. 16-1170 (RBW)

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on August 6, 2019, it is hereby

**ORDERED** that, on or before September 20, 2019, the defendants shall file the administrative record. It is further

**ORDERED** that, on before September 27, 2019, the plaintiff shall file its motion for summary judgment. It is further

**ORDERED** that, on or before October 25, 2019, the defendants shall jointly file their combined cross-motion for summary judgment and opposition to the plaintiff's motion for summary judgment. It is further

2

**ORDERED** that, on or before October 25, 2019, the intervenor-defendants shall jointly file their combined cross-motion for summary judgment and opposition to the plaintiff's motion for summary judgment.  It is further

**ORDERED** that, on or before October 25, 2019, the amici curiae, if any, shall file their amicus briefs.  It is further

**ORDERED** that, on or before November 8, 2019, the plaintiff shall file its combined opposition to the defendants' and intervenor-defendants' cross-motions for summary judgment and reply in support of its motion for summary judgment.  It is further

**ORDERED** that, on or before December 3, 2019, the defendants shall jointly file their reply in support of their cross-motion for summary judgment.  It is further

**ORDERED** that, on or before December 3, 2019, the intervenor-defendants shall jointly file their reply in support of their cross-motion for summary judgment.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on March 6, 2020, at 10:00 a.m.

**SO ORDERED** this 6th day of August, 2019.

REGGIE B. WALTON
United States District Judge