**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WASHINGTON ALLIANCE OF TECHNOLOGY WORKERS,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants,

and

NATIONAL ASSOCIATION OF MANUFACTURERS, et al.,

Intervenor-Defendants.

Civil Action No. 16-1170 (RBW)

**ORDER**

Upon consideration of the defendants' Partially Unopposed Motion Requesting Extension of Time for Defendants to Respond to Plaintiff's Motion for Summary Judgment, and for good cause shown, it is hereby

**ORDERED** that the defendants' Partially Unopposed Motion Requesting Extension of Time for Defendants to Respond to Plaintiff's Motion for Summary Judgment, ECF No. 57, is **GRANTED**. It is further

**ORDERED** that, on or before November 25, 2019, the defendants shall jointly file their combined cross-motion for summary judgment and opposition to the plaintiff's motion for summary judgment. It is further

**ORDERED** that, on or before November 25, 2019, the intervenor-defendants shall jointly file their combined cross-motion for summary judgment and opposition to the plaintiff's motion for summary judgment. It is further

**ORDERED** that, on or before November 25, 2019, the amici curiae, if any, shall file their amicus briefs. It is further

**ORDERED** that, on or before December 9, 2019, the plaintiff shall file its combined opposition to the defendants' and intervenor-defendants' cross-motions for summary judgment and reply in support of its motion for summary judgment. It is further

**ORDERED** that, on or before January 3, 2020, the defendants shall jointly file their reply in support of their cross-motion for summary judgment. It is further

**ORDERED** that, on or before January 3, 2020, the intervenor-defendants shall jointly file their reply in support of their cross-motion for summary judgment. It is further

**ORDERED** that the status conference currently scheduled for March 6, 2020, is **CONTINUED** to May 1, 2020, at 10:00 a.m.

**SO ORDERED** this 23rd day of October, 2019.

REGGIE B. WALTON
United States District Judge