**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WASHINGTON ALLIANCE OF TECHNOLOGY WORKERS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants,<br><br>and<br><br>NATIONAL ASSOCIATION OF MANUFACTURERS, et al.,<br><br>Intervenor-Defendants. | Civil Action No. 16-1170 (RBW) |

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Plaintiff's Motion for Summary Judgment, ECF No. 56, is **DENIED**. It is further

**ORDERED** that the Defendants' Opposition and Cross-Motion for Summary Judgment, ECF No. 69, is **GRANTED**. It is further

**ORDERED** that the Intervenors' Motion for Summary Judgment, ECF No. 73, is **GRANTED**. It is further

**ORDERED** that the Plaintiff's Motion to Strike the Brief Amici Curiae of Institutions of Higher Education and Objections to Evidence Submitted in the Brief, ECF No. 93, is **DENIED**. It is further

**ORDERED** that summary judgment is **ENTERED** for the defendants and the intervenor-defendants on Count II of the plaintiff's Complaint. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 28th day of January, 2021.

REGGIE B. WALTON
United States District Judge