In the
# United States District Court
for the
## District of Columbia

| | |
|---|---|
| Washington Alliance of Technology Workers;<br>21520 30th Drive SE Suite 102<br>Bothell, WA 98021<br><div align="right">*Plaintiff*,</div><br><div align="center">*v.*</div><br>U.S. Dep't of Homeland Security, Secretary of Homeland Security, U.S. Immigration and Customs Enforcement, Director of U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, Director of U.S. Citizenship and Immigration Services;<br>Office of General Counsel<br>Washington, DC 20258<br><div align="right">*Defendant.*</div> | Civil Action No. 1:16-cv-1170 (RBW) |

## Notice of Appeal

Notice is hereby given that Washington Alliance of Technology Workers, plaintiff in the above named case, appeals to the United States Court of Appeals for the District of Columbia Circuit the memorandum opinion and order entered in this action on the 28th day of January 2021.

Dated: Jan. 28, 2021

                                                /s/ John M. Miano
                                                _____

John M. Miano
D.C. Bar No. 1003068
Attorney of Record
(908) 273-9207
miano@colosseumbuilders.com

Christopher Hajec
Immigration Reform Law Institute
25 Massachusetts Ave., N.W.
Suite 335
Washington, D.C. 20001
(202) 232-5590

In the
## United States District Court
for the
### District of Columbia

| | |
|---|---|
| Washington Alliance of Technology Workers;<br>21520 30th Drive SE Suite 102<br>Bothell, WA 98021<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. Dep't of Homeland Security, Secretary of Homeland Security, U.S. Immigration and Customs Enforcement, Director of U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, Director of U.S. Citizenship and Immigration Services;<br>Office of General Counsel<br>Washington, DC 20258<br><br>*Defendant*. | Civil Action No. 1:16-cv-1170 (RBW) |

## Certificate of Service

I certify that on Jan 28, 2021 I filed the attached Notice of Appeal with the Clerk of the Court using the CM/ECF system that will provide notice and copies to the Defendant's attorneys of record.

*/s/ John M. Miano*

John M. Miano
D.C. Bar No. 1003068
Attorney of Record
Washington Alliance of Technology Workers